Habí, Judge.
 

 Stock in a bank is the subject of sale and of purchase ; and the mode of transferring it is pointed out by law. It is ás free from incumbrance as any other part of the debtor’s property. The president and directors of the bank have the management and control of it, for ordinary hanking purposes ; hut they have no lien upon it for any debt, which the holder of it may owe to the hank. The stockholder borrows money from the bank upon giving security for the payment of it, as any other person does who is not a stockholder; and the money is loaned upon the strength of such security ; not upon any supposed liability of the stock.
 

 In the case of the assignees of
 
 Evans,
 
 a bankrupt, against the Hudson Bay Co. reported at
 
 large in 7 Vin. Ab.
 
 125,
 
 pi.
 
 2, the company had made a by-law, subjecting the stock of any of its members in the first place to debts which they might owe the company. King, Chancellor, thought that by-law not a good one.
 
 But Ray
 
 mond., Chief-Justice, and Baron Price thought otherwise. But they were all of opinion, that without a by-law, or some other law subjecting the stock to the company’s debts, they had no lien or claim upon it. That seems an authority much in point. ■ The same case perhaps, under another name, is to be found in 1
 
 Strange
 
 645 & 2
 
 P. Wms. 207,
 
 tho’ much more hriefly reported. I feel but
 
 *113
 
 little hesitation in saying, that the prayer of the bill ought to be granted.
 

 Per Curiam.' — Decree accorbiNgxy.